# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JOSEPH TEMPLIN**                                                      **PLAINTIFF**
**ADC #601154**

v.                                   **Case No. 4:20-cv-01317-LPR**

**DAMION McGUILDNER**                                     **DEFENDANT**

## ORDER

Joseph Templin was in custody at the Stone County Detention Center when he filed this action *pro se* on November 6, 2020. (Doc. 2). Mr. Templin also filed a Motion For Leave To Proceed *In Forma Pauperis* ("IFP"), which the Court denied as incomplete. (Docs. 1, 3). Mr. Templin renewed his IFP Motion on December 11, 2020. (Doc. 5).

On January 5, 2021, Mr. Templin notified the Court of his release from custody and his new address. (Doc. 6). That same day, the Court denied Mr. Templin's renewed IFP Motion because Mr. Templin had been released from custody. (Doc. 7). The Court explained to Mr. Templin that, when a plaintiff is released from confinement, the Court's policy is to require re-submission of affidavits to determine whether there has been a change of financial circumstances such that the plaintiff should now be required to pay the fees and costs of the lawsuit. (Doc. 7 at 1-2). The Court directed Mr. Templin to (within 30 days) submit a new IFP application that reflects his current (free world) financial status ***or*** pay the $402.00 filing and administrative fee. (*Id*. at 2).[1] The Court advised Mr. Templin that, if he did not comply with the Court's January 5 Order, his lawsuit would be dismissed. (*Id*. at 5-6). The Court sent Mr. Templin a blank IFP

---

[1] The Court also asked Mr. Templin to supplement his Complaint to better explain, and provide detail about, the claims asserted. (Doc. 7 at 5).

application at his new address. (*Id.*) That letter, however, has been returned as undeliverable with the notation "RTS" on the envelope. (Doc. 8).

Mr. Templin has not complied with or otherwise responded to the Court's January 5, 2021 Order. The time for doing so has passed. Accordingly, Mr. Templin's case is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 12th day of February 2021.

                                              LEE P. RUDOFSKY
                                              UNITED STATES DISTRICT JUDGE